## JEWETT CITY SAVINGS BANK *v.* JOHN W. SCOTT, SR., ET AL.
### (AC 17200)

Lavery, Landau and Schaller, Js.

Argued March 2—officially released March 24, 1998

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* WAYNE SMITH
### (AC 17142)

Lavery, Schaller and Sullivan, Js.

Argued March 2—officially released March 24, 1998

Per Curiam. See *Michigan Dept. of State Police* v. *Sitz*, 496 U.S. 444, 110 S. Ct. 2481, 110 L. Ed. 2d 412 (1990); *State* v. *Boisvert*, 40 Conn. App. 420, 671 A.2d 834, cert. denied, 237 Conn. 903, 674 A.2d 1332 (1996).

The judgment is affirmed.